THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NATHANIEL STILL,

    Plaintiff,

v.

THE LION BREWERY, INC.,

    Defendant.

3:14-CV-374
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 27th DAY OF JANUARY, 2021, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 69) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 69) is **ADOPTED** for the reasons set forth therein

2. Defendant's "Motion to Dismiss, or in the Alternative, to Compel Discovery Responses, Deem Requests for Admissions Admitted & Extend Discovery Deadline" (Doc. 66) is **GRANTED** with respect to Defendant's request that this action be dismissed for failure to prosecute and failure to comply with Court Orders.

3. Plaintiff's Second Amended Complaint (Doc. 44) is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge